IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WINFIELD SOLUTIONS, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>M & L AG, LLC, doing business by itself and; ROBERT CRAIG MEHLING, RYAN MEHLING, and STEPHANIE MEHLING,<br><br>                Defendants. | 4:17CV3100<br><br>ORDER |

      This action was filed on August 1, 2017. ([Filing No. 1](#).) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve its complaint on Defendant within ninety days of filing the lawsuit. To date, Plaintiff has not filed any return of service indicating service on Defendant, nor has Defendant entered a voluntary appearance.

      Accordingly,

      **IT IS ORDERED** that by or before November 21, 2017, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this case without further notice.

      Dated this 7th day of November, 2017.

                                                            BY THE COURT:

                                                             s/ Susan M. Bazis<br>
                                                             United States Magistrate Judge